▮▮▮▮▮▮▮▮▮▮

In the Matter of E.S., Respondent, v P.D., Appellant.

Submitted May 22, 2006; decided June 29, 2006

▮▮▮▮▮▮▮▮

Motion for leave to appeal denied upon the ground that an appeal lies as of right (*see* CLPR 5601 [b] [1]).

▮▮▮▮▮

In the Matter of ROBERT GORGHAN, Appellant, v PATRICIA DEANGELIS, as District Attorney of Rensselaer County, et al., Respondents.

Submitted June 19, 2006; decided June 29, 2006

▮▮▮▮▮▮▮▮

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

▮▮▮▮▮

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

▮▮▮▮▮▮▮▮

Motion by the Coalition for Litigation Justice, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

▮▮▮▮▮

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents, and ISLAND TRANSPORTATION CORPORATION, et al., Defendants and Third-Party Plaintiffs-Respondents. EXXON MOBIL CORPORATION et al., Third-Party Defendants-Respondents.

Submitted June 26, 2006; decided June 29, 2006

▮▮▮▮▮▮▮▮

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal